UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joanne Marie Reibel,
ex rel Darlene Sammarco,

     Petitioner,

   v.                  ORDER
                          Civil No. 07-2175(MJD/JSM)

Director, Michael Belzer and
Hennepin County Medical Center,

     Respondents.

_____

     The above-entitled matter comes before the Court upon Petitioner's

objections to the Report and Recommendation of United States Magistrate Judge

Janie S. Mayeron dated May 9, 2007.

     Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review the

Court ADOPTS the Report and Recommendation dated May 9, 2007.

     IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus

[Doc. No. 1] is summarily denied for failure to exhaust state remedies.

Dismissal is without prejudice.


Date: August 22, 2007

                                  s / Michael J. Davis
                                  Michael J. Davis
                                  United States District Court