UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joanne Marie Riebel,

       Plaintiff,                    Civil No. 07-2175 (RHK/JSM)

vs.                                  **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Director Michael Belzer, Hennepin
County Medical Center, Commissioner
Cal R. Ludeman,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  November 15, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge